UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ERNEST ALBIERO,  )  <br>         Plaintiff,    ) <br>                ) <br> v.              ) <br>                ) <br> TOWN OF GOODLAND, *et al.*,  ) <br>         Defendants.   ) | CAUSE NO.: 4:11-CV-45-JVB-PRC |

**ORDER**

This matter is before the Court on a Stipulation to Dismiss [DE 82], filed by the parties on February 28, 2013, and an Amended Stipulation to Dismiss [DE 83], filed by the parties on March 1, 2013. The parties stipulate that Plaintiff's lawsuit brought against the Town of Goodland, Indiana, James Butler, and Hunter Reece be dismissed, with prejudice, with the parties to bear their own costs and attorney fees.

Accordingly, the Court hereby **GRANTS** the motion contained within the Amended Stipulation to Dismiss [DE 83], **DENIES as moot** the motion contained within the Stipulation to Dismiss [DE 82], and **ORDERS** that Plaintiff Ernest Albiero's remaining claims against Defendants Town of Goodland, Indiana, James Butler, and Hunter Reece are **DISMISSED with prejudice** with the parties to bear their own costs and attorney fees.

SO ORDERED this 4th day of March, 2013.

 s/ Paul R. Cherry
 MAGISTRATE JUDGE PAUL R. CHERRY
 UNITED STATES DISTRICT COURT

cc:   All counsel of record
   Plaintiff, *pro se*